IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

IRENE TOTH,

Plaintiff,

v.

PHILLIPS & COHEN ASSOCIATES, Ltd.,

Defendant.                                           No. 09-0454-DRH

### ORDER

**HERNDON, Chief Judge:**

On August 24, 2009, Plaintiff filed a stipulation of dismissal with prejudice (Doc. 7). Pursuant to the stipulation of dismissal, the Court **DISMISSES with prejudice** Plaintiff's cause of action. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 1st day of September, 2009.

/s/    DavidRHerndon
**Chief Judge**
**United States District Court**