IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| IRENE TOTH, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| VS. | ) | NO. 09-CV-454-DRH |
| PHILLIPS & COHEN ASSOCIATES, LTD., a New Jersey corporation, | ) | |
| Defendant. | ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Stipulation for Dismissal by plaintiff.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on August 25, 2009, this case is **DISMISSED** with prejudice. Each party shall bear its own costs.

**JUSTINE FLANAGAN, ACTING CLERK**


BY: /s/*Sandy Pannier*
**Deputy Clerk**

Dated: September 1, 2009


APPROVED: /s/ *David R Herndon*
CHIEF JUDGE
U. S. DISTRICT COURT